**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRENICE HUGHES,                                      ) NO. CV 05-5450-DSF (MAN)
                                                     )
             Petitioner,                   )
                                                     )
    v.                                            ) JUDGMENT
                                                     )
RICHARD KIRKLAND,                                    )
                                                     )
             Respondent.                   )
_____)


     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,


     IT IS ADJUDGED that this action is dismissed with prejudice.


DATED: November 21, 2008.


                                 _____
                                    DALE S. FISCHER
                         UNITED STATES DISTRICT JUDGE